Michael D. Rawlins, Esq.
Nevada Bar No. 005467
**DURHAM JONES & PINEGAR**
10785 W. Twain Ave., Suite 200
Las Vegas, Nevada 89135
Telephone: (702) 870-6060
Fax: (702) 870-6090
mrawlins@djplaw.com
*Attorneys for Thomas Gleason*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC,<br><br>                                Plaintiff,<br>vs.<br>THOMAS M. GLEASON,<br><br>                                Defendant. | Case No. 2:15-CV-01418-APG-CWH |

**STIPULATION RE EXTENSION OF TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

**(first request)**

WHEREAS, plaintiff has recently filed this action and has filed a Motion for Preliminary Injunction seeking an order that, among other things, would preclude defendant from using plaintiff's alleged trade secrets (the "Motion") (Doc. 8).

WHEREAS, under the normal timeframes set forth in the local rules, defendant's opposition brief would be due August 17, 2015.

WHEREAS, the parties are engaging in settlement discussions that may resolve all or part of the requested relief in the Motion.

WHEREAS, the parties wish to engage in those settlement discussions and postpone the deadline for defendant's opposition brief by two weeks in order to permit the parties to focus on settlement.

THEREFORE, the parties stipulate that the deadline for defendant to file his opposition to the Motion shall be September 1, 2015.

Dated this 14th day of August, 2015.

ALVERSON TAYLOR MORTENSEN & SANDERS

_/s/_

Kurt R. Bonds, Esq.
Nevada Bar No. 006228
Trevor Waite, Esq.
Nevada Bar No. 13779
7401 W. Charleston Blvd.
Las Vegas, NV 89117-1401

Attorneys for Plaintiff

DURHAM JONES & PINEGAR

_/s/_

Michael Rawlins, Esq.
Nevada Bar No. 5467
10785 W. Twain #200
Las Vegas, NV 89135

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: August 17, 2015.

_____
UNITED STATES DISTRICT JUDGE