1  **ALVERSON, TAYLOR,**
2  **MORTENSEN & SANDERS**
   Kurt R. Bonds, Esq.
3  Nevada Bar No. 6228
   Adam R. Knecht, Esq.
4  Nevada Bar No. 13166
   7401 W. Charleston Blvd.
5  Las Vegas, NV 89117
   Tele: 702-384-7000
6  Fax: 702-385-7000
   Email: efile@alversontaylor.com
7  *Attorneys for Plaintiff*

8
                        UNITED STATES DISTRICT COURT
9
                             DISTRICT OF NEVADA
10

11  NUCLEAR CARE PARTNERS, LLC, a Nevada        Case No.: 2:15-CV-01418-APG-CWH
    limited liability company,
12                                              **STIPULATION RE EXTENSION OF**
                                                **TIME TO REPLY TO DEFENDANT'S**
13              Plaintiff,                       **RESPONSE TO MOTION FOR**
                                                **PRELIMINARY INJUNCTION**
14  vs.
                                                **(First Request)**
15  THOMAS M. GLEASON, a/k/a TOM
    GLEASON, an individual,
16
                Defendant.
17

18

19          WHEREAS, plaintiff has recently filed this action and has filed a Motion for Preliminary

20  Injunction seeking an order that, among other things, would preclude defendant from using

21  plaintiff's alleged trade secrets (the "Motion") (Doc. 8).

22          WHEREAS, the parties entered into a stipulation wherein Defendant would have an

23  enlargement of time to respond to the Motion until September 1, 2015, which was approved by

24  the Court.

25          WHEREAS, under the normal timeframes set forth in the local rules, defendant's reply

26
27  brief would be due September 11, 2015.

28  ///

                                    1                        KB/22914

*(left margin vertical text:)* ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1   WHEREAS, undersigned counsel is working with local counsel in Grand Junction,

2   Colorado, where Plaintiff is located, to coordinate the briefing on the Motion for Preliminary

3   Injunction and required affidavits, exhibits, etc.

4       WHEREAS, Plaintiff's Grand Junction, Colorado Counsel is currently out of the office

5   attending a multiple week jury trial in the Rio Grande County, Colorado, District Court, and is

6   unavailable to assist in finalizing the briefing and accompanying affidavits and exhibits thereto

7   with Plaintiff.

8

9       WHEREAS, the parties hereto have agreed to postpone the deadline for plaintiff's reply

10  brief by one week in order to ensure the availability of Colorado counsel for participation in

11  preparing the reply briefing.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

2                                    KB/22914

THEREFORE, the parties stipulate that the deadline for plaintiff to file its reply brief in support of the Motion shall be September 18, 2015.

Dated this __11th__ day of September, 2015.

**ALVERSON TAYLOR MORTENSEN & SANDERS**

//s// Adam R. Knecht

Kurt R. Bonds, Esq.
Nevada Bar No. 006228
Adam R. Knecht, Esq.
Nevada Bar No. 13166
7401 W. Charleston Blvd.
Las Vegas, NV 89117-1401
*Attorneys for Plaintiff*

**DURHAM JONES & PINEGAR**

//s// Michael Rawlins

Michael Rawlins, Esq.
Nevada Bar No. 5467
10785 W. Twain #200
Las Vegas, NV 89135
*Attorneys for Defendant*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated:  September 14, 2015.

N:\kurt.grp\CLIENTS\22900\22914\pleading\stip2cont reply brief deadline.docx

3

KB/22914