Michael D. Rawlins, Esq.
Nevada Bar No. 005467
**DURHAM JONES & PINEGAR**
10785 W. Twain Ave., Suite 200
Las Vegas, Nevada 89135
Telephone: (702) 870-6060
Fax: (702) 870-6090
mrawlins@djplaw.com
*Attorneys for Thomas Gleason*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>THOMAS M. GLEASON,<br><br>　　　　　　　　　Defendant. | Case No. 2:15-CV-01418-APG-CWH<br><br><br>**ORDER** |

**STIPULATION REQUESTING ADDITIONAL TIME TO FILE PROPOSED INJUNCTION**
(first request)

At the October 7, 2015 hearing on plaintiff's Motion for Preliminary Injunction, the Court requested the parties meet and attempt to stipulate to a form of injunction. The minutes of that hearing stated: "The parties shall submit a proposed injunction order by October 30, 2015 or a stipulation requesting an extension of time."

The parties believe they are close to resolving a form of injunction and otherwise resolving the claims in this matter and request that they permitted to submit the proposed form of injunction by November 12, 2015. This will give the parties time to negotiate and draft a

-1-

settlement agreement and related papers to resolve this action.

ALVERSON TAYLOR MORTENSEN & SANDERS

Kurt R. Bonds, Esq.
Nevada Bar No. 006228
Trevor Waite, Esq.
Nevada Bar No. 13779
7401 W. Charleston Blvd.
Las Vegas, NV 89117-1401

Attorneys for Plaintiff

DURHAM JONES & PINEGAR

Michael Rawlins, Esq.
Nevada Bar No. 5467
10785 W. Twain #200
Las Vegas, NV 89135

Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.**

Dated: October 29, 2015.

_____
UNITED STATES DISTRICT JUDGE