## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>THOMAS M. GLEASON, a/k/a TOM GLEASON<br><br>    Defendant. | Case No. 2:15-CV-01418-APG-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Nuclear Care Partners, LLC, by and through its attorneys of record Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., and Defendant, Thomas M. Gleason, by and through his attorney of record, Michael Rawlins, Esq., stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that any and all claims asserted in this action be dismissed *with prejudice*, each party to bear its own fees and costs.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties settled this matter by way of a settlement agreement and that said agreement is enforceable by motion should either Party violate the terms of that agreement.

////

////

////

////

////

////

////

LV_618613.1

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the Stipulation and Order Re: Injunction (Doc. 25).

DATED this 20th day of November, 2015.

ALVERSON TAYLOR
MORTENSEN & SANDERS

_____
Kurt R. Bonds, Esq.
Nevada Bar #06228
Trevor Waite, Esq.
Nevada Bar #13779
7401 W. Charleston Blvd.
Las Vegas, NV 89117-1401
Attorneys for Plaintiff

DURHAM JONES & PINEGAR

_____
Michael Rawlins, Esq.
Nevada Bar No. 5467
10785 W. Twain #200
Las Vegas, NV 89135
Attorneys for Defendant

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
Dated: November 20, 2015.

LV_618613.1

2